JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARMEN ROSTAMI & ARLENE ROSTAMI,**<br><br>　　Plaintiffs,<br><br>　　v.<br><br>**MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC.;** and DOES 1-10 inclusive,<br><br>　　Defendant. | Case No. 2:19-cv-10319-AB-JEM<br><br>**ORDER DISMISSING THE ACTION, WITH PREJUDICE** |

Plaintiffs ARMEN ROSTAMI and ARLENE ROSTAMI and Defendants MIDLAND FUNDING, LLC and MIDLAND CREDIT MANAGEMENT, INC., having submitted their Stipulation for Order Dismissing the Action, With Prejudice ("Stipulation") from the above action requesting that the Court dismiss the action, with prejudice and with the parties to bear their own attorneys' fees and costs, the Court having considered the Stipulation and good cause appearing,

IT IS HEREBY ORDERED:

1. The entire action is dismissed, with prejudice.
2. Each party to bear their own attorneys' fees and costs
3. The matter shall be closed

Dated: October 1, 2020

_____

United States District Judge